# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR. NO: 3:CR-05 |
| **V.** | |
| **WILLIAM SKURSKY** | ( _____ , J.) |

## INFORMATION

### COUNT I

**THE UNITED STATES OF AMERICA CHARGES THAT:**

1. At all times material and pertinent to this Information, the Allied Industrial, Chemical and Energy Workers International union (PACE) AFL-CIO, Local 2-672 was a labor organization affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code. The defendant, **WILLIAM SKURSKY,** was employed by this labor organization as Treasurer.

2. Beginning on or about January 2003 and continuing up thorough on or about July 2003, in the Middle District of Pennsylvania, the defendant–

### WILLIAM SKURSKY

did knowingly and willfully make materially false entries in records required to be maintained by Section 436 of Title 29, United States Code, in order to conceal **SKURSKY's** theft of approximately $6,050 from this labor organization.

All in violation of Title 29, United States Code, Section 439(c).

_Thomas A. Marino_ ʙʏ ᴀ ᴄ ᴄ

**THOMAS A. MARINO**
**UNITED STATES ATTORNEY**

10-21-05
**DATE**